UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 23, 2000

MEMORANDUM TO COUNSEL: RE: Ricky Alan Hockensmith v.
Steve Cromer, et al.
Civil No. L-00-2647

Dear Counsel:

I will hold a conference call between Mr. Hockensmith and Mr. Riley on Wednesday, November 1, 2000 at 5:15 p.m. I understand that Mrs. Cromer has not been served but does have an attorney. I ask Mr. Riley to contact the attorney so that he can participate, although without waiving service. I ask Mr. Riley or Mr. Hockensmith to arrange for the call.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Court File