# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

RICKY HOCKENSMITH

_____    •
                                    •
          **Plaintiff(s)**          •    Civil Action No. L-00-2647 _____
                                    •
                vs.                 •    ___✓__ FEE PAID
                                    •
STEVE CROMER, ET AL.                •                    ?? NOV 29  A ?? 57
                                    •
_____    •    ___ FEE NOT PAID
                                    •         (SEN? ??ER)
          **Defendant(s)**          •

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, _____ JULIANNE E. DYMOWSKI _____ Esquire

a member of the Bar of this court, moves the admission of _____ ANDREW J. TERRELL _____ Esquire to

appear pro hac vice in the captioned proceeding as counsel for ___ DEFENDANT, KELLY CROMER ___

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _____

VIRGINIA AND THE DISTRICT OF COLUMBIA
_____

_____

and/or the following United States Court(s): _____ U.S. DISTRICT COURT FOR THE EASTERN _____
DISTRICT OF VIRGINIA AND U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
_____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court ___0___ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: _____ NA _____

_____

_____

_____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S DISTRICT COURT

Revised 6/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United

States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional

Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:                                           PROPOSED ADMITTEE:

Signature   JULIANNE E. DYMOWSKI          Signature   ANDREW J. TERRELL
  WHITEFORD, TAYLOR & PRESTON               WHITEFORD, TAYLOR & PRESTON
  1025 CONNECTICUT AVE,. N.W.               1025 CONNECTICUT AVE., N.W.
Address    WASHINGTON, D.C.   20036        Address    WASHINGTON, D.C.   20036



  (202)659-6800                              (202)659-6800
Office phone number                        Office phone number

  (202) 331-0573                             (202) 331-0573
Fax number                                 Fax number

  11802
Md. U. S. District Court Number

## ORDER

Motion _____ GRANTED

Motion ___X___ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

12/14/00
Dated                                      Judge, U.S. District Court