IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEC 26 2000

| | | |
|---|---|---|
| RICKY HOCKENSMITH | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No: L-00-2647 |
| STEVE CROMER, ET.AL | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

### LINE SUBSTITUTING COUNSEL

Would the Clerk of the Court kindly strike the appearance of Julianne E. Dymowski as counsel for Defendant, Kelly Cromer, and enter the appearance of Jennifer S. Jackman as counsel for Defendant, Kelly Cromer.

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON, LLP

_/s/ Julianne E Dymowski_
Julianne E. Dymowski (#11802)
1025 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

_/s/_
Jennifer S. Jackman (#14885)
1025 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

MOTION "Granted" this 2nd day of January 20 01.

_/s/ Benson Everett Legg_
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2000, a copy of the foregoing Line Substituting Counsel was mailed first class, postage prepaid to:

J. Gregory Hannigan
5 Public Square
Suite 311
Hagerstown, Maryland 21740

_____
Jennifer S. Jackman

95952