UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 27   A 11: 00

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

August 25, 2001

MEMORANDUM TO COUNSEL RE:    Hockensmith v. Cromer, et al.
                             Civil #L-00-2647

Dear Counsel:

   Defendants moved for summary judgment on July 3, 2001. The plaintiff's opposition was due July 17, yet plaintiff has filed none. If I do not receive an opposition by September 5, I will assume that plaintiff does not oppose the motion.

   Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                                   Very truly yours,

                                   /s/

                                   Benson Everett Legg

c:   Court file