IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICKY HOCKENSMITH

v.  :  CIVIL NO. L-00-2647

STEVE CROMER, et al.

### ORDER

For the reasons stated in the Court's Memorandum of even date, the Court hereby ORDERS that:

(i) Defendant Kelly Cromer's Motion for Summary Judgment is GRANTED (document 23);

(ii) Defendants, Steve Cromer, Wayne Hose, Hagerstown Police, and City of Hagerstown's Motion for Summary Judgment is GRANTED (document 24);

(iii) Defendants' Motion to Strike is DENIED (document 31);

(iii) this Order shall constitute a Final Judgment in the case; and

(iv) the Clerk is DIRECTED to CLOSE the CASE.

IT IS SO ORDERED this 27TH day of February, 2002.

Benson Everett Legg
United States District Judge